

# IN THE
# TENTH COURT OF APPEALS

### No. 10-16-00037-CV

**JAMES NICHOLS, MELISSA NICHOLS,
MARTHA MOORE, AND EDWARD NICHOLS,
INDIVIDUALLY AND AS HEIRS OF THE
ESTATE OF MELODY NICHOLS,**

                                                                **Appellants**

 **v.**

**STEVE MCKINNEY,**

                                                                **Appellee**

### From the 40th District Court
### Ellis County, Texas
### Trial Court No. 89372

## O R D E R

We ordered the parties to mediation on May 23, 2018. Mediation was to take place within 30 days from the date of the order. The parties filed a timely joint objection to mediation. We have not yet ruled on that objection. The parties have now filed a Joint Request for Extension of Time to Mediate.

The request is granted.  The mediation order issued on May 23, 2018 is stayed until further order of the Court.

PER CURIAM

Before Chief Justice Gray,
      Justice Davis, and
      Judge Towslee Corbett[1]
Mediation stayed
Request dismissed
Order issued and filed June 20, 2018



---

[1] The Honorable Reva Towslee Corbett, Judge of the 335th District Court of Bastrop, Burleson, Lee, and Washington Counties, sitting by assignment of the Chief Justice of the Texas Supreme Court pursuant to section 74.003(h) of the Government Code.  *See* TEX. GOV'T CODE ANN. § 74.003(h) (West 2013).